UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

04 JUN 14 PM 2:47

| | |
|---|---|
| MARCELLA FANE | )  |
| Plaintiff, | ) CAUSE NO.: 1:04-cv-1010-JDT-TAB |
| vs. | ) |
| LOCKE REYNOLDS, LLP | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MARCELLA FANE, by counsel, in her complaint against Defendant, LOCKE REYNOLDS, LLP, states as follows:

### NATURE OF CLAIM

(1) This action is brought to redress a deprivation of civil rights and to remedy discrimination on the basis of race relative to wages, terms, conditions, privileges of employment, and termination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq. ("Title VII"), and Section 1981 of the Civil Rights Act of 1866, as amended, 42 U.S.C. 1981 ("Section 1981").

(2) Injunctive and declaratory relief, damages and other appropriate legal and equitable relief are sought pursuant to 42 U.S.C. 2000e-5(f), (g) and (k), and 42 U.S.C. 1981a.

### JURISDICTION AND VENUE

(3) The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343(a)(3)-(4).

(4) The unlawful employment practices complained of herein occurred within Marion County, State of Indiana, therefore, venue is proper in the Southern District of Indiana, Indianapolis Division.

(5) The Equal Employment Opportunity Commission issued a Notice of Right to Sue to Plaintiff. The Notice of Right to Sue was dated 15 March 2004.

## PARTIES

(6) Plaintiff Marcella Fane ("Fane"), at all times relevant to this action, was a resident of the City of Indianapolis, Marion County, Indiana. Plaintiff is an African American female.

(7) Defendant Locke Reynolds, LLP, ("Locke Reynolds"), at the time of the incidents complained of herein, was an Indiana Limited Liability Partnership. Locke Reynolds' principal office is located in Indianapolis, Indiana. Locke Reynolds provided legal services to the business community.

## BACKGROUND FACTS

(8) On or about 9 July 2001, Fane began her employment with Locke Reynolds. Fane's last position with Locke Reynolds was as a Paralegal. Fane's last base wages earned with Locke Reynolds was $39,000 annually.

(9) Fane was subjected to different wages, terms, conditions, and privileges of employment and termination based on her race.

(10) Incidents of bias included but are not limited to the following: (1) was subjected to an uneven workload; (2) was not paid commensurate to the value of her work; (3) was not provided the same level of protection from fellow employees; and (4) was terminated from employment.

(11) Locke Reynolds terminated Fane's employment on 19 August 2003.

(12) Locke Reynolds applied its employment policies differently based on race.

## FIRST CLAIM FOR RELIEF

(13) Fane repeats and realleges each and every allegation in paragraphs numbered 1 through 12 of this complaint with the same force and effect as if fully set forth herein.

(14) Locke Reynolds' conduct subjected Fane to disparate treatment relative to compensation, terms, conditions, and privileges of employment, and termination in violation of Title VII, as amended.

(15) Locke Reynolds' conduct was intentional and also reflects malice or reckless disregard for the federal statutory civil rights of Fane.

(16) As a result of Locke Reynolds' conduct, Fane is now suffering and will continue to suffer irreparable injury and monetary damages unless and until this Court grants relief.

## SECOND CLAIM FOR RELIEF

(17) Fane repeats and realleges each and every allegation in paragraphs numbered 1 through 16 of this complaint with the same force and effect as if fully set forth herein.

(18) Locke Reynolds' conduct subjected Fane to disparate treatment relative to compensation, terms, conditions, and privileges of employment, and termination in violation of Section 1981 of the Civil Rights Act of 1866, as amended.

(19) Locke Reynolds' conduct was intentional and also reflects malice or reckless disregard for the federal statutory civil rights of Fane.

(20) As a result of Locke Reynolds' conduct, Fane is now suffering and will continue to suffer irreparable injury and monetary damages unless and until this Court grants relief.

## PRAYER FOR RELIEF

WHEREFORE, Fane respectfully requests that this Court enter a judgment:

(a) Declaring that the acts and practices complained of herein are in violation of the rights of Fane under provisions of Title VII and Section 1981;

(b) Enjoining and permanently restraining these violations of Fane's rights;

(c) Directing Locke Reynolds to take such affirmative action as is necessary to ensure that the effects of these unlawful practices are eliminated and do not continue to affect Fane's, or any other person of African American descent, enjoyment of her rights as a citizen;

(d) Directing Locke Reynolds to take steps to make Fane whole for all losses whether monetary or otherwise, including back wages, reinstatement, front pay, and fringe benefits;

(e) Awarding Fane compensatory and punitive damages for the injuries suffered as a result Locke Reynolds' violations of Fane's rights;

(f) Awarding Fane the costs of this action together with reasonable attorney's fees, as provided by Title VII, and Section 1981;

(g) Directing Locke Reynolds to pay Fane prejudgment and post-judgment interest on all sums recovered;

and

(h) Granting such other and further relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

Fane, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demands a trial by jury in this action.

*Bobby A Potters*
Bobby A Potters #6347-49
POTTERS Law Firm

Attorney for Plaintiff

P. O. Box 22163
Indianapolis, IN 46222
Telephone: 317-926-1028
Fax: 317-926-1065

5