UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARCELLA FANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-1010-JDT-TAB |
| | ) | |
| LOCKE REYNOLDS LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Defendant's Motion for Summary Judgment (Docket No. 22) is **GRANTED**, and **JUDGMENT** is now entered in favor of the Defendant and against the Plaintiff.

Costs are awarded to the Defendant.

ALL OF WHICH IS ORDERED this 29th day of March 2006.

                                                                                          _____
Laura Briggs, Clerk                                          John Daniel Tinder, Judge
United States District Court                          United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

Copies to:

Thomas E. Deer
Locke Reynolds LLP
tdeer@locke.com

Susan W. Kline
Baker & Daniels
swkline@bakerd.com

Alan L. McLaughlin
Baker & Daniels
alan.mclaughlin@bakerd.com

Bobby Allen Potters
Potters Law Firm
bpotters@aol.com